IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN H. KASSEL, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:06-cv-3273 SC |
| UNITED STATES OF AMERICA, and COMMISSIONER OF THE INTERNAL REVENUE SERVICE, | ) **ORDER** |
| Defendants. | ) |

## STIPULATION OF DISMISSAL OF COMMISSIONER OF IRS

It is hereby stipulated under Federal Rule of Civil Procedure 41(a)(1) by the plaintiff, Steven H. Kassel, and the defendants, United States of America and the Commissioner of the Internal Revenue Service, that the Commissioner of the Internal Revenue Service is dismissed as a defendant.


KEVIN V. RYAN
United States Attorney


 /s/ Jacqueline C. Brown                       /s/ Mark C. Watson
JACQUELINE C. BROWN                          MARK C. WATSON
Member, New York Bar                          California Bar Number 178980
Trial Attorney, Tax Division                  The Law Offices of Mark C. Watson
U.S. Department of Justice                    1633 Bayshore Highway, Suite 341
Post Office Box 7238                          Burlingame, CA 94010
Washington, D.C. 20044                        Telephone: (650) 692-4001
Telephone: (202) 616-9482                     Fax: (650) 692-4004
Fax: (202) 514-6770                           E-mail: markcwatson@msn.com
E-mail: jacqueline.c.brown@usdoj.gov          Attorney for Plaintiff
Attorneys for Defendant

IT IS SO ORDERED
[signature]
Judge Samuel Conti
7/25/06

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing Stipulation of Dismissal of Commissioner of IRS has been electronically filed with the Court using the CM/ECF system, which sent notification to the following CM/ECF participants, this 18th day of July, 2006.

Mark C. Watson
Law Offices Mark C. Watson
1633 Bayshore Highway, Ste 341
Burlingame, CA 94010
markcwatson@msn.com
Attorney for Plaintiff

     /s/ Jacqueline C. Brown
JACQUELINE C. BROWN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-9482