Mark C. Watson, C.S.B. #178980
Matthew H. Weiner, C.S.B. #236394
**THE LAW OFFICES OF MARK C. WATSON**
1633 Bayshore Highway, Suite 341
Burlingame, CA 94010
Telephone: (650) 692-4001
Facsimile: (650) 692-4004

Attorneys for Plaintiff Steven Kassel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN KASSEL<br><br>    Plaintiff<br><br>v.<br><br><br>UNITED STATES OF AMERICA<br><br>    Defendants<br><br>CROSS-RELATED ACTION | CASE NO.: 3:06-cv-03273 SC<br><br>PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW |

Having considered all of the evidence admitted and argument offered, the Court hereby finds the following:

1    The United States (hereinafter referred to as the "Government") failed to present sufficient admissible evidence to establish that the Plaintiff Steven Kassel organized or assisted in the organization of a partnership, entity, plan, or arrangement OR that he participated directly or indirectly in the sale thereof.

2. The Government failed to present sufficient admissible evidence to establish that Mr. Kassel made or furnished or caused another to make or furnish false statements regarding the allow ability of any deduction or credit, or excludability of income by participating in any such plan;

3. The Government failed to present sufficient admissible evidence to establish that Mr. Kassel knew or should have known that any statements made were false to a material matter; and

4. The Government failed to present sufficient admissible evidence to establish that Mr. Kassel was not involved in any overvaluation of a tax deduction or an exclusion from income;

5. The Government failed to present sufficient admissible evidence to establish that Mr. Kassel is liable under IRC § 6700;

6. That Mr. Kassel paid fifteen percent of the assessed penalty, properly requested a refund of said payment and filed the instant complaint in a timely manner such that he preserved his right to a refund of said payment; AND

7. Due to the foregoing findings, this Court concludes as a matter of law, that the Plaintiff Steven Kassel is entitled to a full refund of the monies paid to the I.R.S. and is not liable under section 6700 for any of the acts alleged in the Government's Counter Claim.