IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO.   Civil No. 3:06-cv-03273-SC            DATE _____

____Steven H. Kassel____  vs.  ____United States of America____

EXHIBIT LIST

( ) PLAINTIFF                        ( X ) DEFENDANT

| Exhibit Number | Date | | Description |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| 1 | | | Business Entities |
| 2 | | | Tax Chat, July 2000 |
| 3 | | | Tax Chat, April 2000 |
| 4 | | | TTP Letter |
| 5 | | | How Many Clients May We Send You? |
| 6 | | | Tax Relief System manual |
| 7 | | | The Time of Your Life |
| 8 | | | Employer's Payroll Start-Up, Part 2 |
| 9 | | | The Tool Box |
| 10 | | | W-4 Orientation Workshop |
| 11 | | | IMA Handout for TRS Training |
| 12 | | | The TRS Instructor's Guide |
| 13 | | | Building Audit-Proof Support, Part 1 |
| 14 | | | Employer's Payroll Start-Up |
| 15 | | | Kassel e-mail August 2, 2000 |
| 16 | | | Kassel e-mail September 26, 2000 |
| 17 | | | Kassel e-mail July 12, 2000 |
| 18 | | | Mack e-mail July 14, 2000 |

2341162.2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO.  Civil No. 3:06-cv-03273-SC          DATE _____

____Steven H. Kassel____ vs. ____United States of America____

EXHIBIT LIST

( ) PLAINTIFF          ( X ) DEFENDANT

| 19 | | | Kassel e-mail August 23, 2000 |
|---|---|---|---|
| 20 | | | Kassel web posting July 17, 2000 |
| 21 | | | Kassel web posting May 17, 2000 |
| 22 | | | Kassel web posting May 10, 2000 |
| 23 | | | Kassel e-mail September 22, 1999 |
| 24 | | | Kassel e-mail February 1, 2000 |
| 25 | | | Kassel e-mail April 25, 2000 |
| 26 | | | Kassel web posting September 19, 2000 |
| 27 | | | Kassel e-mail September 25, 2000 |
| 28 | | | Kassel e-mail May 22, 2000 |
| 29 | | | Kassel e-mail September 3, 1999 |
| 30 | | | Kassel e-mail July 15, 2000 |
| 31 | | | Kassel e-mail October 6, 2000 |
| 32 | | | Kassel e-mail December 21, 1999 |
| 33 | | | Kassel e-mail December 8, 2000 |
| 34 | | | Kassel web posting October 18, 2000 |
| 35 | | | Advent video edits |
| 36 | | | Clemmons letter re: video edits |
| 37 | | | Kassel e-mail May 10, 2000 |
| 38 | | | Kassel e-mail May 15, 2000 |

2341162.2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO.   Civil No. 3:06-cv-03273-SC            DATE _____

____Steven H. Kassel_____  vs.  ___United States of America___

EXHIBIT LIST

( ) PLAINTIFF                    ( X ) DEFENDANT

| 39 | | | Kassel e-mail June 23, 2000 |
| --- | --- | --- | --- |
| 40 | | | Kassel e-mail August 9, 2000 |
| 41 | | | Kassel e-mail March 16, 2000 |
| 42 | | | Kassel letter May 5, 2000 |
| 43 | | | Kassel e-mail September 28, 1999 |
| 44 | | | Kassel e-mail August 23, 1999 |
| 45 | | | Kassel e-mail December 6, 1999 |
| 46 | | | Kassel e-mail December 9, 2000 |
| 47 | | | Kassel e-mail September 18, 2000 |
| 48 | | | Kassel web posting October 17, 2000 |
| 49 | | | Kassel web posting October 18, 2000 |
| 50 | | | Kassel e-mail October 8, 2000 |
| 51 | | | Kassel e-mail September 18, 2000 |
| 52 | | | Kassel e-mail September 25, 2000 |
| 53 | | | Kassel e-mail September 28, 1999 |
| 54 | | | Kassel e-mail September 14, 1999 |
| 55 | | | Kassel e-mail October 8, 2000 |
| 56 | | | Kassel e-mail November 22, 1999 |
| 57 | | | Kassel e-mail July 5, 2000 |
| 58 | | | TTP video, "Take a Bite Out of Your Taxes." |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO.   Civil No. 3:06-cv-03273-SC          DATE _____

   Steven H. Kassel               vs.   United States of America

EXHIBIT LIST

( ) PLAINTIFF          ( X ) DEFENDANT

| | | | |
|---|---|---|---|
| 59 | | | TTP video, "It's Your Taxes." |
| 60 | | | Video, "The O'Reilly Factor" |
| 61 | | | IRS income statement 1999 |
| 62 | | | IRS income statement 2000 |
| 63 | | | IRS Certificate of Assessment |

2341162.2