UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN H. KASSEL,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. 06-3273 SC

ORDER GRANTING
DEFENDANT'S MOTION TO
<u>ALTER JUDGMENT</u>

On May 14, 2007, Defendant United States of America moved the Court to alter the Judgment entered on April 30, 2007, Docket No. 44, to include interest accruing after the Judgment. <u>See</u> Docket No. 45. Plaintiff Steven H. Kassel opposed the motion on one ground: that Defendant's motion was untimely under Rule 59(e) of the Federal Rules of Civil Procedure. <u>See</u> Docket No. 46.

Plaintiff's argument fails. Under Rule 59(e), any motion to alter or amend a judgment shall be filed no later than 10 days after entry of the judgment. For purposes of calculating this period, Rule 6(a) provides the guidelines. First, "the day of the act, event, or default from which the designated period of time begins to run shall not be included." Fed. R. Civ. P. 6(a). In

1

addition, "[w]hen the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation." Id.  As such, excluding April 30, 2007 and counting 10 weekdays gives a deadline of May 14, 2007 for Defendant's motion.  Defendant filed its motion on May 14, 2007 satisfying the rule.  See Docket No. 45.

Analyzing the merits of Defendant's motion, Defendant is entitled to an amended judgment including post-judgment interest. Under 28 U.S.C. § 1961(a), "[i]nterest shall be allowed on any money judgment in a civil case recovered in a district court." Subsection (c)(1) governs underpayment in a tax case and applies the standards in section 6621 of the Internal Revenue Code of 1986. Under that section, 26 U.S.C. § 6621, the underpayment rate is the Federal short-term rate plus 3 percentage points.

The Judgment dated April 30, 2007 in the amount of $25,568.68 shall be AMENDED to include an award for post-judgment interest under 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621.

IT IS SO ORDERED.

Dated: June 29, 2007

_____
UNITED STATES DISTRICT JUDGE

2