UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED
NOV 26 2007
CATHY A. CATTERSON
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVEN H. KASSEL,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant - Appellee. | No. 07-16355<br><br>D.C. No. CV-06-03273-SC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The motion of Court Reporter Debra Paz motion for an extension of time to file the transcripts is granted. The transcripts are due December 10, 2007.

This order waives the mandatory fee reduction provided that the transcripts are filed within the time allowed by this order.

The following briefing schedule is established: the opening brief is due January 22, 2008; the answering brief is due February 21, 2008; and the optional reply brief is due 14 days after service of the answering brief.

A copy of this order shall be provided to the reporter at the district court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

*Lorela Bragado-Sevillena*
Lorela Bragado-Sevillena
Deputy Clerk
  Ninth Circuit Rule 27-7/Advisory Note
  to Rule 27 and Ninth Circuit Rule 27-10

pro 11.19